IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DAVID TEAGUE ) | |
| ) | |
| Plaintiff, ) | |
| ) | 19 CV 4113 |
| vs. ) | |
| ) | Judge Mary ROWLAND |
| DAVID SALGADO, et al., ) | |
| ) | Magistrate Judge Susan E. Cox |
| Defendants. ) | |

**JOINT REASSIGNMENT STATUS REPORT**

Pursuant to this Court's order of September 3, 2019, the parties respectfully submit the following joint reassignment status report:

**I. Nature of the case**

  A. **Attorneys of record**

  *Plaintiff's Attorneys*

  Edward M. Fox (Lead trial attorney)
  Jaclyn N. Diaz
  ED FOX & ASSOCIATES LTD
  300 West Adams St., Suite 330
  Chicago, IL 60606
  312-345-8877

  *Attorneys for Defendant City*

  Avi T. Kamionski (Lead trial attorney)
  Shneur Z. Nathan (Lead trial attorney)
  Christopher A. Wallace
  Helen O'Shaughnessy
  NATHAN & KAMIONSKI LLP
  33 West Monroe, Suite 1830
  Chicago, IL 60603
  312.612-1928

  *Attorneys for Defendant Salgado*

  Steven Blair Borkan (Lead trial attorney)
  Timothy P Scahill (Lead trial attorney)

Whitney Newton Hutchinson
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
(312) 580-1030

*Attorneys for Defendants B Cox, J Janopoulos, M Martinez, C Phillips, III, R Pruger, R Ramirez, P Theodore*

Lawrence S. Kowalczyk (Lead trial attorney)
Matthew Dixon
Megan Monaghan
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7000

B. **Basis for federal jurisdiction.** This court has jurisdiction under and by virtue of 28 U.S.C. Sections 1343, 1331, and 1367.

C. **Nature of the claims.** Plaintiff alleges the claims of conspiracy to deprive Plaintiff's civil rights, unlawful detention, and *Monell* liability.

D. **Relief sought.** Plaintiff seeks compensatory damages including emotional distress damages in a sum to be ascertained, punitive damages, and attorney's fees.

E. **Parties who have not been served.** None.

II. **Discovery and pending motions**

A. **Pending motions.** None. Defendants' Responsive Pleadings are to be filed by September 20, 2019.

B. **MIDP.** This case is in the Mandatory Initial Discovery Pilot Project. Mandatory Initial Disclosures are due October 18, 2019.

E. **Discovery.** The parties have not conducted any discovery to date. The parties propose the following discovery schedule:

   a. Written discovery shall be issued by November 18, 2019.

   b. All fact discovery shall be completed by May 18, 2020.

   c. Dispositive motions shall be filed by June 18, 2020.

D. **Substantive rulings.** None

E. **Anticipated motions.** Defendant Salgado will be filing a Motion for Entry of a Stay. A copy of the motion will be circulated to all parties to determine whether it can be filed unopposed.

## III. Trial

A. **Jury demand.** All parties have demanded trial by jury.

B. **Trial date.** No trial date has been set. The earliest date the parties would be ready for trial would be Fall 2020.

C. **Pretrial order.** None

D. **Length of trial.** Trial is expected to last 4-5 days.

## IV. Settlement, referrals, and consent.

A. **Referral.** None

B. **Settlement history.** Plaintiff is prepared to provide Defendants with a settlement demand but no in-depth conversations regarding settlement have yet to take place.

C. **Settlement conference.** The City is prepared to engage in an early settlement conference in this matter. Plaintiff is amendable to an early settlement conference but would first request a deposition of Defendant Salgado. Defendants anticipate Defendant Salgado will file a Motion to Stay Proceedings as to Salgado only.

D. **Consent to proceed before the Magistrate Judge.** The parties do not unanimously consent to proceed before the Magistrate Judge for all purposes.

Respectfully Submitted,

| | |
|---|---|
| /s/ Avi T. Kamionski | /s/Jaclyn N. Diaz |
| Avi T. Kamionski | Jaclyn N. Diaz |
| | Edward M. Fox |
| NATHAN & KAMIONSKI LLP | Ed Fox & Associates, LTD. |
| 33 West Monroe, Suite 1830 | 300 West Adams St., Suite 330 |
| Chicago, IL 60603 | Chicago, Illinois 60606 |
| 312.612-1928 | 312-345-8877 |
| *Counsel for City* | Jdiaz@efoxlaw.com |
| | *Counsel for Plaintiff* |

3

/s/Lawrence S. Kowalczyk
Lawrence S. Kowalczyk
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
*Counsel for Defendants B Cox, J Janopoulos, M Martinez, C Phillips, III, R Pruger, R Ramirez, P Theodore*


/s/ Whitney Newton Hutchinson
Whitney Newton Hutchinson
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
(312) 580-1030
*Counsel for Salgado*