# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

David Teague

                    Plaintiff,

v.                                                   Case No.: 1:19–cv–04113

                                                              Honorable Mary M. Rowland

D Salgado, et al.

                    Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 10, 2019:

      MINUTE entry before the Honorable Mary M. Rowland: Status and motion hearing held. Defendant David Salgado's motion to stay proceedings pending the outcome of the criminal case [30] is granted. Defendant City of Chicago's motion for reassignment of magistrate judge in accordance with Executive Committee Order dated 11/16/18 [32][33] is granted in part. Parties shall proceed with discovery. If a referral to a magistrate judge is entered in this case, the court will recommend to the Executive Committee that this case be assigned for coordinated pretrial proceedings and settlement conference to Magistrate Judge Schenkier. Status hearing set for 11/14/19 at 9:30am. Mailed notice. (dm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.